IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MANHATTAN TELECOMMUNICATIONS  :
CORP. D/B/A METROPOLITAN :
TELECOMMUNICATIONS, :
A/K/A METTEL :
: C.A. _____
Plaintiff, :
:
v. :
:
GRANITE TELECOMMUNICATIONS, LLC, :
:
Defendant. :
:

## ORDER

This 29th day of June 2020, Granite Telecommunications, LLC ("Granite") having moved for leave to file Exhibit 2 to the Notice of Removal in this action under seal (the "Motion"), and the Court having determined that good grounds exist for the requested relief; now, therefore,

IT IS HEREBY ORDERED that Granite's Motion is GRANTED, and Exhibit 2 to the Notice of Removal shall be filed under seal.

Dated: 6-29-20

_____
United States District Judge