IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL | : : : : : : | |
| Plaintiff, | : : | C.A. No. 1:20-cv-00857-CFC |
| v. | : : | |
| GRANITE TELECOMMUNICATIONS, LLC, | : : : : | |
| Defendant. | : : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of T. Christopher Donnelly and Joshua N. Ruby of DONNELLY, CONROY & GELHAAR, LLP 260 Franklin Street, Suite 1600, Boston, MA 02110 to represent Defendant Granite Telecommunications, LLC in this matter.

              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

              */s/ A. Gage Whirley*
              R. Judson Scaggs, Jr. (#2676)
              Barnaby Grzaslewicz (#6037)
              A. Gage Whirley (#6707)
              1201 North Market Street
              Wilmington, DE  19801
              (302) 658-9200
               *Attorneys for Granite Telecommunications, LLC*

July 7, 2020

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____      _____

                                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid ☐X to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: 7/6/2020

_____
T. Christopher Donnelly
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA  02110
(617) 720-2880

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, the State Bar of New York, and the State Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 7/7/20

Joshua N. Ruby
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
(617) 720-2880