IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL,<br><br>    Plaintiff,<br><br>  v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>    Defendant. | No. 1:20-cv-857-CFC |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff Manhattan Telecommunications Corp. ("MetTel") filed its Verified Complaint on June 15, 2020 and its Motion to Expedite on June 25, 2020 in the Court of Chancery of the State of Delaware, in the action captioned *Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*, C.A. No. 2020-0468-JRS (the "Court of Chancery Action").

WHEREAS, on June 26, 2020, Defendant Granite Telecommunications, LLC ("Granite") filed a Notice of Removal, removing the Court of Chancery Action to this Court.

WHEREAS, pursuant to Federal Rule of Civil Procedure 81, Granite's response to MetTel's Verified Complaint is due on or before July 15, 2020.

WHEREAS, the parties have conferred regarding Granite's time to respond to MetTel's Motion to Expedite.

THE PARITES HEREBY STIPULATE AND AGREE, subject to approval of the Court, that Granite will file its response to MetTel's Motion to Expedite on or before July 15, 2020.

| K&L GATES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Steven L. Caponi* | */s/ Barnaby Grzaslewicz* |
| Steven L. Caponi (#3484) | R. Judson Scaggs, Jr. (#2676) |
| Matthew B. Goeller (#6283) | Barnaby Grzaslewicz (#6037) |
| 600 N. King Street, Suite 901 | A. Gage Whirley (#6707) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 252-4465 | Wilmington, DE 19899-1347 |
|  | (302)-658-9200 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this ___ day of _____, 2020

_____
UNITED STATES DISTRICT JUDGE