IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL<br><br>Plaintiff,<br><br>v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>Defendant. | C.A. 1:20-cv-00857-CFC |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Granite Telecommunications, LLC ("Granite") moves to dismiss the Complaint of Plaintiff Manhattan Telecommunications Corp., d/b/a Metropolitan Telecommunications, a/k/a MetTel ("MetTel") for failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in Granite's Brief In Support Of Motion To Dismiss filed contemporaneously with this motion.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ *R. Judson Scaggs, Jr.* |
| | R. Judson Scaggs Jr. (#2676) |
| | Barnaby Grzaslewicz (#6037) |
| | A. Gage Whirley (#6707) |
| | 1201 N. Market Street |
| OF COUNSEL: | Wilmington, DE 19801 |
| | (302) 658-9200 |
| DONNELLY, CONROY & GELHAAR, LLP | *Attorneys for Defendant Granite Telecommunications, LLC* |
| T. Christopher Donnelly (admitted *pro hac vice*) | |
| Joshua N. Ruby (admitted *pro hac vice*) | |
| 260 Franklin Street, Suite 1600 | |
| Boston, MA 02110 | |
| (617) 720-2880 | |

July 15, 2020