IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL | : : : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. 1:20-cv-00857-CFC |
| GRANITE TELECOMMUNICATIONS, LLC, | : : : : | |
| Defendant. | : : | |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 81.2

Plaintiff Manhattan Telecommunications Corp., d/b/a Metropolitan Telecommunications, a/k/a MetTel ("MetTel"), Defendant Granite Telecommunications, LLC ("Granite"), and non-party intervenor Prof. Eugene Volokh ("Prof. Volokh") hereby jointly submit this report pursuant to Local Rule 81.2. The above-captioned action was removed by Defendant from the Delaware Court of Chancery. The following motions will require judicial action after briefing is complete:

- D.I. 2: MetTel's Motion to Expedite (filed in Court of Chancery)
- D.I. 7: Prof. Volokh's Motion to Intervene and Unseal
- D.I. 12: MetTel's Motion to Remand
- D.I. 16: Granite's Motion to Dismiss

- D.I. 19: Granite's Motion to Transfer

- D.I. 24: Granite's Motion for Costs of Previously Dismissed Action Pursuant to Fed. R. Civ. P. 41(d)

| | |
|---|---|
| K&L GATES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Matthew B. Goeller<br>Steven L. Caponi (#3484)<br>Matthew B. Goeller (#6283)<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>(302) 416-7080<br><br>  Attorneys for Plaintiff | /s/ Barnaby Grzaslewicz<br>R. Judson Scaggs, Jr. (#2676)<br>Barnaby Grzaslewicz (#6037)<br>A. Gage Whirley (#6707)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200 |
| ROSS ARONSTAM & MORITZ LLP | OF COUNSEL: |
| /s/ R. Garrett Rice<br>David E. Ross (#5228)<br>R. Garrett Rice (# 6242)<br>100 S. West Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 576-1600<br><br>  Attorneys for Non-Party Professor<br>  Eugene Volokh | T. Christopher Donnelly (admitted *pro hac vice* )<br>Joshua N. Ruby (admitted *pro hac vice*)<br>DONNELLY, CONROY<br>  & GELHAAR, LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>(617) 720-2880<br><br>  Attorneys for Defendant<br>  Granite Telecommunications, LLC |

July 17, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 17, 2020.

*/s/ Barnaby Grzaslewicz*
Barnaby Grzaslewicz (#6037