IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL,<br><br>           Plaintiff,<br><br>      v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>           Defendant. | C.A. 1:20-cv-00857-CFC |

**GRANITE TELECOMMUNICATIONS, LLC'S MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND, OR ALTERNATIVELY, FOR EXPEDITED JURISDICTIONAL DISCOVERY AND THE AFFIDAVIT <u>OF LARRY ANTONELLIS UNDER SEAL</u>**

Granite Telecommunications, LLC ("Granite"), by and through its undersigned counsel, seeks leave to file its brief in opposition to Plaintiff's motion to remand, or alternatively, for expedited jurisdictional discovery, and the affidavit of Larry Antonellis under seal, pursuant to Federal Rule of Civil Procedure 5.2(d) and the Local Rules of Civil Practice and Procedure 5.1.3 of the United States District Court for the District of Delaware (the "Motion"). In support of the Motion, Granite states as follows:

1.      On June 15, 2020, Manhattan Telecommunications Corp., d/b/a Metropolitan Telecommunications, a/k/a MetTel ("MetTel") filed a Verified Complaint, Exhibits A-C to the Verified Complaint, and related pleadings in the Court of Chancery for the State of Delaware (the "Second State Court Action").[1]

2.      MetTel filed certain of its pleadings as "Confidential Filings" in accordance with Court of Chancery Rule 5.1.

3.      On June 26, 2020, Granite removed the Second State Court Action to this Court.  D.I. 2.

4.      Contemporaneous with the Notice of Removal, Granite also filed a motion for leave to file under seal all pleadings filed as "Confidential Filings" in the Court of Chancery as Exhibit B, at least until MetTel had an opportunity to address any confidentiality issues before this Court.  D.I. 1.  The grounds for the motion were that the filings contained information that MetTel contends is non-public business information that MetTel designated for confidential treatment in the Court of Chancery.  *See id.*

5.      The Court granted the motion on June 29, 2020.  D.I. 5.

---

[1] MetTel filed an earlier action in the Delaware Court of Chancery on May 19, 2020, which Granite removed to this Court on June 9, 2020 (the "First Action"). *See Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*, C.A. 1:20-cv-00775-CFC, D.I. 2.  MetTel voluntarily dismissed the First Action on June 15, 2020, the same day it filed the Second State Court Action.  *See Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*, C.A. 1:20-cv-00775-CFC, D.I. 8.

6. On June 30, 2020, non-party Prof. Eugene Volokh filed a motion to intervene and unseal Exhibit B to the notice of removal.[2]  D.I. 7.

7. Granite takes no position on Prof. Volokh's motion and expresses no view on the merits of Prof. Volokh's motion or of MetTel's confidentiality designations in the Second State Court Action.

8. On July 10, 2020, MetTel filed a motion to remand or alternatively for expedited jurisdictional discovery (the "Motion to Remand") and an accompanying brief.  D.I. 12-13.

9. MetTel initially filed its Motion to Remand papers publicly.  But ten days after filing—on July 20, 2020—MetTel requested that the brief in support of the Motion to Remand be re-filed under seal.

10. Granite also takes no position as to whether the brief in support of the Motion to Remand should remain under seal.

11. Because the Verified Complaints and Exhibits thereto and the brief in support of the Motion to Remand are currently filed under seal in this Court, and because Granite's brief in opposition to MetTel's Motion to Remand and the

---

[2] On June 26, 2020, Prof. Volokh also filed a similar motion seeking similar relief in the First Action.  *See Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*, C.A. 1:20-cv-00775-CFC, D.I. 13.  MetTel filed a response to this motion in the First Action on July 10, 2020.  *See Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*, C.A. 1:20-cv-00775-CFC, D.I. 15.

affidavit of Larry Antonellis will discuss (1) information that MetTel redacted from the public versions of the Verified Complaint and Exhibits thereto, and (2) information which is currently under seal in connection with the brief in support of the Motion to Remand, Granite is filing this motion to seal to preserve the status quo until this Court can fully consider and resolve Prof. Volokh's motion.

12. Therefore, Granite respectfully requests that the Court permit Granite to file its brief in opposition to the Motion to Remand and the affidavit of Larry Antonellis under seal. Granite will file a public version of its brief in opposition to the Motion to Remand and the affidavit of Larry Antonellis, redacting only the information MetTel designates as confidential, no later than seven days after this Motion is granted. Granite requests that its brief in opposition to the Motion to Remand and the affidavit of Larry Antonellis remain under seal, at least until MetTel has an opportunity to be heard on the confidentiality of these documents.

WHEREFORE, for the foregoing reasons, Granite respectfully requests that the Court grant Granite's Motion and enter the attached form of order.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ R. Judson Scaggs, Jr.*<br>R. Judson Scaggs, Jr. (#2676)<br>Barnaby Grzaslewicz (#6037) |
| DONNELLY, CONROY & GELHAAR, LLP<br>T. Christopher Donnelly<br>Joshua N. Ruby<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>(617) 720-2880 | A. Gage Whirley (#6707)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br><br>*Attorneys for Granite Telecommunications, LLC* |

July 24, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 24, 2020.

                                       */s/ Barnaby Grzaslewicz*
                                       Barnaby Grzaslewicz (#6037)