IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL | : : : : : : : | |
| Plaintiff, | : : : | C.A. 1:20-cv-00857-CFC |
| v. | : : | |
| GRANITE TELECOMMUNICATIONS, LLC, | : : : | |
| Defendant. | : | |

## ORDER

This ____ day of _____ 2020, Granite Telecommunications, LLC ("Granite") having moved for leave to file its brief in opposition to Plaintiff's motion to remand, or alternatively, for expedited jurisdictional discovery and the affidavit of Larry Antonellis in this action under seal (the "Motion"), and the Court having determined that good grounds exist for the requested relief; now, therefore,

IT IS HEREBY ORDERED that Granite's Motion is GRANTED, and Granite's brief in opposition to Plaintiff's motion to remand, or alternatively, for expedited jurisdictional discovery and the affidavit of Larry Antonellis shall be filed under seal.

Dated: _____

_____
United States District Judge