IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL<br><br>Plaintiff,<br><br>v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>Defendant. | : : : : : : : : : : : : : : : | C.A. 1:20-cv-00857-CFC<br><br>**PUBLIC REDACTED VERSION** |

## AFFIDAVIT OF LARRY ANTONELLIS

I, Larry Antonellis, being duly sworn, state as follows:

1. I am an employee of Granite Telecommunications, LLC ("Granite"), the defendant in this lawsuit. I submit this affidavit based on my personal knowledge. I am over the age of 18 and am otherwise competent to testify.

2. I have worked for Granite for 15 years. I currently serve as Director of Strategic Initiatives in Granite's Quincy, Massachusetts office.

3. As Director of Strategic Initiatives, my duties include pricing analysis and decisions for enterprise accounts, win-backs, and other marketplace analysis.

1

4. Granite is a leading provider of voice and data products and services. Granite's annual revenues exceed $1.5 billion, and Granite serves many of the largest businesses in the United States and Canada.

5. I am familiar with Manhattan Telecommunications Corp., d/b/a Metropolitan Telecommunications, a/k/a MetTel ("MetTel").

6. MetTel is a competitor of Granite and successfully competes with Granite for long-term contracts worth hundreds of thousands—or millions—of dollars.

7. In particular, MetTel recently obtained two task orders under the General Services Administration's Enterprise Infrastructure Solutions program worth nearly $400 million. *See* U.S. Gen. Servs. Admin., System for Award Management, Manhattan Telecommunications Corporation, 28321320FDX030010, *available at* https://beta.sam.gov/awards/88036214%2BAWARD?keywords=28321320FDX030010&sort=-relevance&index=fpds&is_active=true&page=1 (last visited July 23, 2020) (Social Security Administration task order with total contract value of $253,451,641.68); U.S. Gen. Servs. Admin., System for Award Management, Manhattan Telecommunications Corporation, 36C10A20F0055, *available at* https://beta.sam.gov/awards/88420693%2BAWARD?keywords=36C10A20F0055

2

&sort=-relevance&index=&is_active=true&page=1 (last visited July 23, 2020) (Veterans Administration task order with total contract value of $127,272,405.00).

8. One of the telecommunications products Granite sells to its customers is time-division multiplexing ("TDM") voice telephone lines.

9. Although pricing varies by customer, in general, Granite usually charges customers approximately ▮ per TDM voice line per month, including taxes and other costs.

10. One can estimate the monthly recurring charges based on TDM voice lines by multiplying the number of TDM voice lines for a given customer by ▮

11. I am familiar with the voice and data services that MetTel provides to ▮ because Granite formerly provided similar voice and data services to ▮ and still provides other services to ▮

12. In approximately January 2017, ▮ switched its provider for over ▮ TDM voice lines from Granite to MetTel.

13. At ▮ per line per month, I estimate that ▮ pays MetTel over $50,000 per month—or more than $600,000 per year—for its more than ▮ TDM voice lines.

14. I am familiar with the voice and data services that MetTel provides to ▮ because Granite formerly provided similar voice and data

3

services to ████████ and still provides other services to ████████.

15. In approximately October 2015, ████████ switched its provider for over ██ TDM voice lines from Granite to MetTel.

16. At ██ per line per month, I estimate that ████████ pays MetTel over $75,000 per month—or nearly $1 million per year—for its more than ██ TDM voice lines.

17. I am familiar with the voice and data services that MetTel provides to ████████ because Granite formerly provided similar voice and data services to ████████ and still provides other services to ████████.

18. In approximately October 2019, ████████ switched its provider for nearly ██ TDM voice lines from Granite to MetTel.

19. At ██ per line per month, I estimate that ████████ pays MetTel nearly $450,000 per month—or over $5 million per year—for its nearly ██ TDM voice lines.

20. Customer relationships involving hundreds or thousands of TDM voice lines—leading to hundreds of thousands or millions of dollars in annual revenue per customer—are typical for Granite and MetTel.

4

21. In addition, customer relationships that involve hundreds or thousands of TDM voice lines also typically involve providing other voice and data services which are billed separately and in addition to the ▮ per month per line estimate for TDM voice lines.

22. Customer relationships involving hundreds or thousands of TDM voice lines are typically governed by long-term agreements lasting three years or more. Each such contract is therefore worth several times the annual revenue from the customer.

23. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2020.

_____
Larry Antonellis