IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL<br><br>Plaintiff,<br><br>v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. 1:20-cv-00857-CFC<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE THAT A. Gage Whirley of Morris Nichols Arsht and Tunnell LLP hereby withdraws as counsel for Defendant Granite Telecommunications, LLC, in the above-captioned matter. Defendant Granite Telecommunications, LLC will continue to be represented by all other counsel of record.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ A. Gage Whirley* |
| | R. Judson Scaggs Jr. (#2676) |
| | Barnaby Grzaslewicz (#6037) |
| OF COUNSEL: | A. Gage Whirley (#6707) |
| | 1201 N. Market Street |
| T. Christopher Donnelly (admitted *pro hac vice*) | Wilmington, DE 19801 |
| | (302) 658-9200 |
| Joshua N. Ruby (admitted *pro hac vice*) | *Attorneys for Defendant Granite Telecommunications LLC* |
| DONNELLY, CONROY & GELHAAR, LLP | |
| 260 Franklin Street, Suite 1600 | |
| Boston, MA 02110 | |
| (617) 720-2880 | |

July 31, 2020