IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL<br><br>Plaintiff,<br><br>v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>Defendant. | C.A. 1:20-cv-00857-CFC |

**GRANITE TELECOMMUNICATIONS, LLC'S MOTION FOR LEAVE TO FILE REPLY BRIEFS IN SUPPORT OF MOTION TO DISMISS AND <u>MOTION TO TRANSFER UNDER SEAL</u>**

Granite Telecommunications, LLC ("Granite"), by and through its undersigned attorneys, seeks leave to file its reply briefs in support of its motion to dismiss and motion to transfer under seal, pursuant to Federal Rule of Civil Procedure 5.2(d) and the Local Rules of Civil Practice and Procedure 5.1.3 of the United States District Court for the District of Delaware (the "Motion"). In support of the Motion, Granite states as follows:

1. On June 15, 2020, Manhattan Telecommunications Corp., d/b/a Metropolitan Telecommunications, a/k/a MetTel ("MetTel") filed a Verified

Complaint, Exhibits A-C to the Verified Complaint, and related pleadings in the Court of Chancery for the State of Delaware (the "Second State Court Action").[1]

2. MetTel filed certain of its pleadings as "Confidential Filings" in accordance with Court of Chancery Rule 5.1.

3. On June 26, 2020, Granite removed the Second State Court Action to this Court. D.I. 2.

4. Contemporaneous with the Notice of Removal, Granite also filed a motion for leave to file under seal all pleadings filed as "Confidential Filings" in the Court of Chancery as Exhibit B, at least until MetTel had an opportunity to address any confidentiality issues before this Court. D.I. 1. The grounds for the motion were that the filings contained information that MetTel contends is non-public business information that MetTel designated for confidential treatment in the Court of Chancery. *See id.*

5. The Court granted the motion on June 29, 2020. D.I. 5.

6. On June 30, 2020, non-party Prof. Eugene Volokh filed a motion to intervene and unseal Exhibit B to the notice of removal.[2] D.I. 7.

---

[1] MetTel filed an earlier action in the Delaware Court of Chancery on May 19, 2020, which Granite removed to this Court on June 9, 2020 (the "First Action"). *See Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*, C.A. 1:20-cv-00775-CFC, D.I. 2. MetTel voluntarily dismissed the First Action on June 15, 2020, the same day it filed the Second State Court Action. *See Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*, C.A. 1:20-cv-00775-CFC, D.I. 8.

7. Granite takes no position on Prof. Volokh's motion and expresses no view on the merits of Prof. Volokh's motion or of MetTel's confidentiality designations in the Second State Court Action.

8. Instead, because the Verified Complaints and Exhibits thereto are currently filed under seal in this Court, and because Granite's motion to dismiss and motion to transfer discussed information that MetTel redacted from the public versions of the Verified Complaint and Exhibits thereto, on July 15, 2020 Granite filed a motion to seal its opening briefs in support of its motion to dismiss and motion to transfer under seal to preserve the status quo until this Court could fully consider and resolve Prof. Volokh's motion. D.I. 15.

9. The Court granted the motion on July 20, 2020.

10. Because Granite's reply briefs in support of its motion to dismiss and motion to transfer discuss the same information contained in Granite's opening briefs and which MetTel redacted from the public versions of its Verified Complaint and Exhibits thereto, Granite files this motion to seal to continue to

---

[2] On June 26, 2020, Prof. Volokh also filed a similar motion seeking similar relief in the First Action. *See Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*, C.A. 1:20-cv-00775-CFC, D.I. 13. MetTel filed a response to this motion in the First Action on July 10, 2020. *See Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*, C.A. 1:20-cv-00775-CFC, D.I. 15.

preserve the status quo until this Court can fully consider and resolve Prof. Volokh's motion.

11. Therefore, Granite respectfully requests that the Court permit Granite to file its reply briefs in support of its motion to dismiss and motion to transfer under seal. Granite will file public versions of its reply briefs in support of its motion to dismiss and motion to transfer, redacting only certain customer-specific information and any information MetTel designates as confidential, no later than seven days after this Motion is granted. Granite requests that its reply briefs in support of its motion to dismiss and motion to transfer as originally filed remain under seal, at least until MetTel has an opportunity to be heard on the confidentiality of these documents.

WHEREFORE, for the foregoing reasons, Granite respectfully requests that the Court grant Granite's Motion and enter the attached form of order.

OF COUNSEL:

DONNELLY, CONROY & GELHAAR, LLP
T. Christopher Donnelly
Joshua N. Ruby
260 Franklin Street, Suite 1600
Boston, MA 02110
(617) 720-2880

August 5, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Barnaby Grzaslewicz*
R. Judson Scaggs, Jr. (#2676)
Barnaby Grzaslewicz (#6037)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Granite Telecommunications, LLC*

5

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 5, 2020.

               */s/ Barnaby Grzaslewicz*
               Barnaby Grzaslewicz (#6037)