# K&L GATES

November 9, 2020

**VIA ELECTRONIC FILING**

The Honorable Colm F. Connolly
United States District Court
District of Delaware
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801

Steven L. Caponi, Esq.
steven.caponi@klgates.com

T 302-416-7080

**Re:** *Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*; C.A. No. 20-857-CFC

Dear Judge Connolly:

I write on behalf of Plaintiff Manhattan Telecommunications Corp. ("MetTel"), to answer the following question: "Does Delaware practice permit recovery of damages in excess of the amount demanded in the complaint?"

Procedurally, Delaware is a notice pleading jurisdiction and damages are not pled with specificity. *See* Ch. Ct. R. 8(a). Although not specified in the applicable procedural rules, presumably the Court of Chancery can bind a party to its verified pleadings using its broad equitable powers. MetTel verified that its damages, including injunctive relief, have a value of less than $75,000, consistent with Court of Chancery Rule 3(aa), which requires complaints to be verified by the party, and subject to counsel's Rule 11 obligations.

The limited Delaware cases directly on point suggest one may not recover damages in excess of the amount demanded in a complaint. For example, the Superior Court held, "[t]he services for which suit is brought are specified in the bill of particulars filed by the plaintiff, and his right of recovery is limited to these services only." *Joseph v. Johnson*, 23 Del. 468, 82 A. 30, 30 (Del. Super. Ct. 1908); *see also Storm Waterproofing Corp. v. L. Sonneborn Sons*, 28 F.2d 115, 117 (D. Del. 1928); *Long v. Lee*, 168 A.2d 536 (Del. Super. Ct. 1960).

While parties may be bound by the damages pled in their complaint, Court of Chancery Rule 15(b) permits the amendment of pleadings as "may be necessary to cause them to conform to the evidence . . . upon motion of any party at any time, *even after judgment*[.]" Del. Ch. Ct. R. 15. Amending the pleadings may be appropriate in order to conform to a damages award. *See Long*, 168 A.2d 536 (judgment in excess voidable unless damages clause amended).

Respectfully submitted,
*/s/ Steven L. Caponi*
Steven L. Caponi, Esq. (No. 3484)
cc:  All counsel of record (via electronic filing)