**K&L GATES**

December 15, 2020

**VIA ELECTRONIC FILING**

Steven L. Caponi, Esq.
steven.caponi@klgates.com

T 302-416-7080

The Honorable Colm F. Connolly
United States District Court
District of Delaware
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801

Re: *Manhattan Telecommunications Corp. v. Granite Telecommunications, LLC*; C.A. No. 20-857-CFC

Dear Judge Connolly:

On behalf of both parties, enclosed for Your Honor's review is a proposed Scheduling Order for the above-referenced matter.

In accordance with Paragraph 2 of the Court's Order of December 10, 2020 (D.I. 69), the parties have conferred and have no disputes regarding the enclosed Scheduling Order. Therefore, the parties respectfully request the Court cancel the Rule 16(b) Conference currently scheduled for December 17, 2020 at 3:30 p.m.

Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Steven L. Caponi*

Steven L. Caponi, Esq. (No. 3484)

cc: All counsel of record (via electronic filing)