IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP., D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL | : : : : : : | C.A. 1:20-cv-00857-CFC-JLH |
| Plaintiff, | : : | |
| v. | : : : | |
| GRANITE TELECOMMUNICATIONS, LLC, | : : : : | |
| Defendant. | : | |

**MOTION FOR TELECONFERENCE TO RESOLVE
DISCOVERY DISPUTES**

Plaintiff Manhattan Telecommunications Corp. d/b/a Metropolitan Telecommunications a/k/a MetTel ("MetTel") and Defendant Granite Telecommunications, LLC ("Granite") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

**MetTel's Issues**

- Granite's refusal to produce materials responsive to MetTel's Request for Production No. 9; and

- The date range for Granite's production of materials.

**Granite's Issues**

- MetTel's stated intention to produce limited financial information responsive to Granite's Request for Production Nos. 12-33 only to a neutral third party and not to Granite;

- The date range for MetTel's production of materials responsive to Granite's Requests for Production Nos. 12-15, 20-33;

- MetTel's refusal to produce materials responsive to Granite's Requests for Productions Nos. 3, 4, 9-33, 35, and 45; and

- MetTel's refusal to provide full and complete answers to Granite's Interrogatories Nos. 3, 7, and 9.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on January 13, 2021 and January 26, 2021:

**Delaware Counsel for Granite:**

R. Judson Scaggs, Jr.
Zi-Xiang Shen
Morris, Nichols, Arsht & Tunnell LLP

**Lead Counsel for Granite:**

Joshua N. Ruby
Michelle R. Pascucci
Donnelly, Conroy & Gelhaar, LLP

**Delaware Counsel for MetTel:**
Steven L. Caponi

Matthew B. Goeller
K&L Gates LLP

**Lead Counsel for MetTel:**
Charles Rysavy
Dana Parker
K&L Gates LLP

The parties are available for a teleconference on the following dates:

Monday, February 8, 2021
Tuesday, February 9, 2021
Wednesday, February 10, 2021

Date: February 3, 2021

| **K&L GATES LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| */s/ Steven L. Caponi* | |
| Steven L. Caponi (No. 3484) | */s/ R. Judson Scaggs, Jr.* |
| Matthew B. Goeller (No. 6283) | R. Judson Scaggs, Jr. (No. 2676) |
| 600 N. King St., Suite 901 | Zi-Xiang Shen (No. 6072) |
| Wilmington, DE 19801 | 1201 N. Market Street |
| Phone: (302) 416-7000 | Wilmington, DE 19801 |
| steven.caponi@klgates.com | Phone: (302) 658-9200 |
| matthew.goeller@klgates.com | |
| | *Attorneys for Defendant Granite Telecommunications, LLC* |
| *Attorneys for Plaintiff Manhattan Telecommunications Corp. d/b/a Metropolitan Telecommunications a/k/a MetTel* | |