IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP., D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    C.A. 1:20-cv-00857-CFC-JLH<br><br>**PUBLIC VERSION**<br>**Filed February 12, 2021** |

**EXHIBITS 2, 3 AND 5 TO LETTER TO THE HONORABLE JENNIFER L. HALL FROM JOSHUA N. RUBY**

R. Judson Scaggs, Jr. (No. 2676)
Zi-Xiang Shen (No. 6072)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
　*Attorneys for Defendant Granite Telecommunications, LLC*

February 5, 2021

# EXHIBIT 2

# REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# REDACTED IN ITS ENTIRETY

# EXHIBIT 5

REDACTED

IN ITS

ENTIRETY