# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP., D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL,<br><br>    Plaintiff,<br><br>v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>    Defendant. | C.A. No. 20-857-CFC-JLH |

## STIPULATION TO STAY

WHEREAS, on February 26, 2021, the parties reached a settlement in principle in this case.

WHEREAS, the parties now need time to finalize a definitive settlement agreement.

IT IS HEREBY STIPULATED AND AGREED, by the parties, through undersigned counsel, and subject to the approval of the Court, that:

1. This case is hereby stayed, and all dates and deadlines are continued, pending the parties' finalization of a formal written settlement agreement between them.

2. The parties will present the Court with a status report on or before March 31, 2021, in the event that they are unable to finalize the

settlement agreement and file an appropriate pleading to dismiss the case by that date.

Dated: March 1, 2020

| | |
|---|---|
| **K&L GATES LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| /s/ *Steven L. Caponi* | /s/ *R. Judson Scaggs, Jr.* |
| Steven L. Caponi (No. 3484) | R. Judson Scaggs, Jr. (No. 2676) |
| Matthew B. Goeller (No. 6283) | Zi-Xiang Shen (No. 6072) |
| 600 King Street, Suite 901 | 1201 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Phone: (302) 416-7000 | Phone: (302) 658-9200 |
| steven.caponi@klgates.com | |
| matthew.goeller@klgates.com | |
| | |
| *Counsel for Plaintiff Manhattan Telecommunications Corp.* | *Counsel for Defendant Granite Telecommunications, LLC* |

SO ORDERED 2nd day of March, 2021.

_____
United States District Court Judge